UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**CARMEN MATTERA,**

        Plaintiff(s),        CASE NUMBER: 06-10216
                                         HONORABLE VICTORIA A. ROBERTS

v.

**CITY OF WARREN, et al.,**

        Defendant(s).
_____/

ORDER OF DISMISSAL
WITH PREJUDICE

On November 30, 2006, the Court granted Plaintiff's attorney's motion to withdraw as counsel in this matter. Additionally, the Court ordered Plaintiff to retain a new attorney, and that the new attorney file an appearance with the Court by January 16, 2007. The Court advised that Plaintiff's Complaint would be dismissed with prejudice if an appearance was not filed as directed.

An appearance was not filed on Plaintiff's behalf by January 16, 2007. Therefore, Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

    **IT IS SO ORDERED.**

                                                  S/Victoria A. Roberts
                                                  **Victoria A. Roberts**
                                                  **United States District Judge**

**Dated: January 17, 2007**

**The undersigned certifies that a copy of this document was served on the attorneys of record and pro se plaintiff by electronic means or U.S. Mail on January 17, 2007.**

**S/Carol A. Pinegar**
**Deputy Clerk**